# REPORT OF CONDUCT



State Form 39590 (R6 / 11-19)
INDIANA DEPARTMENT OF CORRECTION

Case number: MCF 20-09-0043
Date assigned: SEP 04 2020
SEP 16 2020

**INSTRUCTIONS:** Type or Print clearly.

**NOTE TO REPORTING EMPLOYEE:** This report is to be filled out in triplicate. All copies shall be forwarded to the screening officer, in accordance with the Disciplinary Code for Adult Offenders.

| Name of offender: Cullen, Leo | DOC number of offender: 231731 | Facility: MCF | Housing unit: LHU 323 |
|---|---|---|---|
| Date of incident: 9-4-2020 | Time of incident: 1:17 ☑AM ☐PM | Place of incident: LHU 3/4-RHU | Date report written: 9/4/2020 |
| Offense: Possession of Dangerous/Deadly contraband | | | Code number: A-106 |

**DESCRIPTION OF INCIDENT** (If more space is needed, attach additional sheets in triplicate.)

Identify the conduct violation that was committed. Describe the conduct violation in detail. Be sure to identify everyone involved in the conduct violation and all witnesses to the conduct violation. Explain in detail what you observed and how the offender's conduct amounts to a violation of the Adult Disciplinary Code. Note any unusual behavior by the offender. If the conduct report is for a violation of B202, B231, or C305, describe the characteristics of the substance that led you to believe the substance was a controlled substance or tobacco, or describe the characteristics / behaviors that led you to believe the offender was under the influence of intoxicants.

On 9/4/2020 at approximately 1:17 A.M. I, Sergeant Megan Hensley was advised by the LHU pod officer that an offender on the 3/4 side of LHU was running around with a weapon. Sergeant David Rish, Officer Joshua Mann and myself all responded to the 3/4 side. As we entered the dayroom I saw Offender Cullen, Leo #231731 (LHU-323) in a fighting stance against Offender Delgado, Joe #229835 (LHU-327) and Offender Villegas, Abel #149864 (LHU-328). I gave a loud verbal command for them to all get on the ground and pulled out my MK-9. Offender Villegas at this time began to approach me and I saw a blunt weapon in his hands. I ordered him to get on the ground and he refused, at this time I deployed a one second burst of my MK-9 on target to Offender Villegas to change his intended thought process. He took off running towards the back of the stairs. I pursued him while Sergeant Rish ordered Offender Cullen on the ground in which he complied, at this time Sergeant Fred Moore had also arrived to assist. I ordered Offender Villegas on the ground and to drop the weapon, he at this time threw the weapon and got on the ground. I quickly secured the weapon and approached Offender Villegas, Offender Delgado at this time approached Offender Villegas I gave a direct order for him to get on the ground in which he complied. While waiting for assistance I continued to aim my can of Mk-9 at Offenders Delgado and Villegas, before assistance could arrive Offenders Delgado, and Villegas jumped to their feet and began running towards Offender Cullen and Sergeant Rish and Sergeant Moore. I yelled at them to stop and get down in which they refused. Offender Cullen also got to his feet to fight. At this time being mindful to not spray my staff with O.C. I deployed my MK-9 on target to Offender Delgado to change his intended thought process, he ran a few feet and got on the ground. I also at this time deployed O.C. with my MK-9 on target at Offender Cullen and Villegas as they were in an altercation, changing their thought process. During the ordeal I witnessed Sergeant Rish deploy his MK-4 but can not advise on who he came in to contact with. While escorting Offender Villegas in to the sallyport he attempted to pull away from Sergeant Moore and Officer Mann who had to place him against the wall to stop him from charging at Offender Cullen. At this Sergeant Rish and Sergeant Moore escorted Offender Villegas, Officer Mercier escorted Offender Cullen and I escorted Offender Delgado. After I was finished escorted Offender Delgado to RHU, I went back to help escort Offender Cullen, who advised me that he had a weapon in his left pocket. Searching Offender Delgado's left pocket I found a sharpened property box knuckles, fashioned similar to brass knuckles.

| Disposition of physical evidence, if any: Item confiscated, photos taken and placed in to evidence. |
|---|
| Witness(es), if any: N/A |
| Any immediate action taken, including the use of force: Item confiscated and placed in to evidence. |

| Signature of reporting employee: [signed] | Name and title (please print): Megan Hensley, Sergeant | Screening officer: C Parlers |
| Signature of immediate supervisor: [signed] Lt. Tadd[?] | Name and title (please print): Lieutenant N. Smith | Date: 09-04-20 | Time: 0508 ☑AM ☐PM |

**FOR SCREENING OFFICERS ONLY**

| Copy of report delivered to offender by: C Parlers | Date report delivered: 9-24-2020 |
| Signature of offender receiving copy: | |

DISTRIBUTION: Original - Offender; Copy - Central Office; Copy - Facility Packet