## OFFENDER GRIEVANCE

State Form 45471 (R5 / 3-20)
DEPARTMENT OF CORRECTION

| Field | Value |
|---|---|
| To | Facility Grievance Specialist |
| Facility | MCF |
| Date | 9/12/20 |
| From (name of offender) | Leo Cullen |
| DOC number | 231731 |
| Signature of offender | Leo C. |
| Housing assignment | A-325 |
| Date of incident | Sept. 4 2020 |
| FOR OFFICIAL USE ONLY Grievance number | (323) |

**Provide a brief, clear statement of your complaint or concern.** Include any information that may assist staff in responding to your grievance.
(NOTE: A Single ONE-sided sheet of paper may be attached if necessary to explain your grievance.)

Sept. 5 I was brought back to AHU due to an incident that happened on Sept. 4 in L-Dorm where I was jumped and my property was stolen. I do not have my TV, hotpot, GTL earbud, GTL charger, or my size 11 shower shoes. All these where stolen, I have proof of purchase, and I filed a theft report. I need my property as soon as possible, I should not have to endure this hardship and uncertain times without my belongings that my family rightfully paid for. I asked Lt. Morgan about this as well as every other CO and nothing has been done, I have a serious mental health code and need help with this situation. My theft report was made on 9-07-2020 to Lt. Morgan and now Im waiting on a tort claim which its very hard to get being lockdown 24-7. It took 3 days to my family is calling MCF as well

**State the relief that you are seeking.**

I would like for all my property to be returned or repaired immediately. I would like to be transferred immediately to another facility. And I would like to be compensated for the pain, suffering, and damage that I have had to endure.

Signature of Facility Grievance Specialist | Date: 9/12/20

DISTRIBUTION: Original – Grievance Specialist; Copy – Offender; Copy – Offender Packet; Copy – IRIS

---

## RETURN OF GRIEVANCE

State Form 45475 (R4 / 1-20)
INDIANA DEPARTMENT OF CORRECTION

| Field | Value |
|---|---|
| To (name of offender) | Cullen, Leo |
| DOC number | 231731 |
| Facility | MCF |
| Date | 9-12-20 |
| Work assignment | Idle |
| Housing assignment | A235 |
| Date grievance received | 9-23-20 |
| Date grievance returned | 9-24-20 |

**Please check the most appropriate response AND provide an explanation.**

- ☐ Your concern is something that cannot be resolved by the Department of Correction. It goes beyond the authority of the Department.
- ☐ Your grievance was not timely submitted: ☐ Early or ☐ Late
- ☐ Your concern is a matter not appropriate to the grievance process. See Policy 00-02-301. Your concern may be better addressed by Classification (see Policy 01-04-101) or the Disciplinary Hearing Board (see Policy 02-04-101).
- ☐ A sex offender may not grieve the denial of visits with minors (see Policy 02-01-102).
- ☐ There is no indication that you were personally affected by the policy, procedure, or action described; and/or this complaint appears to be submitted on behalf of another person or group.
- ☐ Your complaint cannot be responded to as presented, but may be corrected and submitted again within five (5) business days.
- ☐ You are identified as a grievance abuser and are restricted from filing additional grievances for: ☐ Thirty (30) days ☐ Sixty (60) days ☐ Ninety (90) days (Please explain below.)
- ☐ The issue in this complaint or concern was addressed previously in Grievance # _____
- ☒ Other: See below.

**Please describe your response in further detail.**

Value of lost/stolen property goes through a tort claim. Paperwork attached.

| Signature of Facility Grievance Specialist | Printed name of Facility Grievance Specialist |
|---|---|
| Shawna Morson | S. Morson |

If you choose to correct the problem(s) listed above, you must do so and re-submit this form within five (5) business days.

DISTRIBUTION: Copy – Facility Grievance Specialist; Copy – Department Grievance Manager; Copy – Offender Packet, Facility; Copy – Offender