# INDIANA DEPARTMENT OF CORRECTION
## REQUEST FOR INTERVIEW

TO: Counselor  OFFICE: AHU Counselor  DATE: 9-09-2020
NAME: Leo Cullen  DOC#: 231731  DORM: AHU 325  ASSIGNMENT: Seg-

Reason for request (be as definite as possible): I want to put a sepertys or a stay away from theses two offenders who are in a gang called 13-Surenos for my safety from here on out my life will be in danger if I run into any of this GANG. I'm not in any gang!! and I was never a gang member!! my family has been told of whats going on!! they will be calling up here..

*** DO NOT WRITE BELOW THIS LINE ***

Action: Write down all the information. Return to caseworker

By: [signature]

State Form 36935 (R/4-91)

---

# INDIANA DEPARTMENT OF CORRECTION
## REQUEST FOR INTERVIEW

TO: Counselor Smith  OFFICE: IHU Counselor  DATE: 10-05-2020
NAME: Leo Cullen  DOC#: 231731  DORM: IHU 141  ASSIGNMENT: 

Reason for Request: (be as definite as possible) I want to put Separtese on theses two offenders that jump and stab me and the gang call the "Surenos" a.k.a. 13 because I fear for my life. Offender Joe Delgado #229835 and offender Abel Villegas #149864 and there both are in that gang Surenos 13, my life will be in danger when I come across any of the Surenos 13 please help me-

*** DO NOT WRITE BELOW THIS LINE ***

Action: I took care of this. As soon as I hear anything, I will let you know.

By: K. Smith CM

State Form 36935 (R/4-91)