**Inbox**

UP MY BELONGINGS TO MOVE BECAUSE IM FORCE TO!!! I DONT NO WHAT TO DO UCE!! IM SCEARD!! THAT I MIGHT END UP KILLING HIM WHILE PROTECTING MYSELF FROM HIM AND HIS GANG!!! THE SURENOS 13.
REMEMBER WHAT I TOLD YOU SCREEN SHOT ALL EMAILS BECAUSE IVE CRYED FOR HELP TO THESES COUNSELORS AND WROTE MANY INMATE REQUESTES TO DII TO LT. MORGAN TOCOUNSELOR GROOVE N COUNSELOR HAMRICK AND IVE GOT BACK ONE INMATE REQUEST SING BY WHO DONT NO BUT I GOT IT BACK
 I LOVE U UCE AND IF ALL GOES BAD!!!!! JUST NO IM JUST PROTECTING MYSELF AND IVE ASK FOR HELP!!TO KEEP ME SAFE!!! IM TRYING TO STAY OUT OF TROUBLE SO I CAN GO HOME TO MY FAMILY!!! THATS ALL I WANT TO D IS DO MY TIME THAT I OWE FOR MY CRIME AND D MY PROGRAMS AND GO HOME TO MY FAMILY!!! BUT THE OFFICER IS BY MY DOOR TELLING ME ITS TIME TO GO SO I LOVE U MY UCE!! PRAY FOR ME!!! GOD IS MY WITNESS I LOVE U KIZZY RI RI ELIJAH HAYZEL N MOM!! TO THE MON N BACK!!! PLEASE SEND ME STAMPS S I CAN WRITE WHAT HAPPEN!! FROM HERE ON OUT CAUSE I CANT CALL!!! I NEED STAMPS!!! LOVE U UCE!!!

1:33

**From: CULLEN, LEO**

**WAT THEY STOLED**
September 06, 2020 10:49 AM

UCE
WEN U CALL U ALSO TELL THEM THAT WEN OR WHOEVER PACK MY STUFF UP THEY DIDNT PACK UP MY T.V. WIT REMOTE.,MY HOT POT.MY REEBOX SIZE 11. MY HYGANE LIKE SOAPS N TOOTHPASE TOOTH BRUSH SHAMPOO. MY G.T.L. CHARGER MY G.T.L. EARBUDS WIT MIC. IVE GOT ALL THESES ITUMS ON RECORD THAT I BROUGHT WIT THE MONEY U N !OM SENT !E SO ITS ALL ON MCF RECORD!!! THEY EVEN STOLED !T SWEATPANTS SWEAT SHIRT MY BLACK SHORTS THAT I BROUFHT WITH THE MONEY U N MOM SENT ME SO ITS ALL ON

RECORD!! CALL HERE N MAKE IT A PROBLEM!! BECAUSE THIS FACILITY DONT CARE U NEED TO CALL EVERYDAY IF U HAVE TO U DO IT TILL I SAY THEY TOOK CARE OF IT IF U DONT CALL N BE ON THERE ASS FOR MY STUFF N MY SAFETY THEY WONT CARE!!! ASK FOR A CAPTIN OR A MAYJOR TO TALK TO UNTIL THEY GIVE U AN ANSWER!! DONT STOP UNTIL I GOT MY STUFF BACK N MY SAFETY IS IN GOOD PLACE!! HERES THE NUMBER AGAIN 765-689-5920 THEY JUMP ME IN L UNIT 327 N 238. THATS WERE THEY STAB ME IN THERE ROOM

8:47 

 **Inbox**

**From: CULLEN, LEO**

**LOVE U**
March 05, 2021 03:57 PM

UCE
WE R ON LOCKDOWN CUZ SOMEBODY KILLED ANOTHER INMATE SO YEAH HOWS EVERYBODY KISS MY BABIES FOR ME UCE CAN U PLEASE PUT SOME MONEY ON MY BOOKS SO I CAN ODER KFC N THERES A POP SALE TO SO CAN U ASK MOM TO PUT 45.00 ON MY BOOKS SO I CAN ODER KFC N POPS PLEASE OH YEAH THIS IS Y IM NOT CALLING TO CUZ MY TABLET IS BROKEN SO I CANT CALL I HOPE N PRAY ALL IS WELL N SAFE N PLEASE SEND ME THE PAPER WORK SO WE CAN GET THIS MONEY MY ADDRESS IS

LEO P CULLEN #231731
3038 WEST 850 SOUTH
BUNKER HILL, IN 46914

THE DEADLINE FOR THE ODER IS NEXT WEEK ON THE 13TH.
I LOVE U UCE N ILL CALL WEN WE COME OFF OF LOCKDOWN!! LOVE U TTY N PLEASE MESSAGE ME BACC IF U GOT TIME LOVE U UCE TTYL